# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**MICHAEL ALLEN, JR.**                                                                 **PLAINTIFF**

**VS.**                          **CASE NO. 3:16CV00166 PSH**

**CAROLYN W. COLVIN, Acting Commissioner,**
     **Social Security Administration**                                **DEFENDANT**

## ORDER

The plaintiff's unopposed motion for extension of time (docket entry no. 11) is granted, and the plaintiff is directed to submit his brief on or before January 7, 2017.

IT IS SO ORDERED this 6th day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE