# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MICHAEL R. ALLEN, JR.                                                                               PLAINTIFF

v.                                   NO. 3:16-cv-00166 PSH

NANCY A. BERRYHILL, Acting Commissioner                                                DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for defendant Nancy A. Berryhill.

IT IS SO ORDERED this 1st day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE